# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| Kelly Toms, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No. |
| | ) 11-3352-CV-S-JTM |
| Michael J. Astrue, | ) |
|       Defendant. | ) |

## O R D E R

On Friday, August 17, 2012, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed February 16, 2012, [Doc. 8] and the *Brief For Defendant*, filed March 30, 2012, [Doc. 9]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the August 17, 2012 oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                                 */s/ John T. Maughmer*
                                                **JOHN T. MAUGHMER**
                                                **U. S. MAGISTRATE JUDGE**